UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1140(JMR/FLN)

| | | |
|---|---|---|
| John B. Estlund | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Metropolitan Life Insurance Co. | ) | |
| | ) | |

Plaintiff, John Estlund, seeks an award of costs and attorney's fees incurred in pursuit of his successful motion for remand. Defendant, Metropolitan Life Insurance Co., opposes the motion. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Plaintiff's motion for costs and attorney's fees is denied.

Dated: January 22nd, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______